# United States District Court
## Southern District of Georgia

SHARON BUSH ELLISON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: MC 121-011

SOCIAL SECURITY ADMINISTRATION,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 26, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the Order of the Court. Plaintiff's complaint is dismissed, and this civil action stands closed.

| April 26, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Candy Cashell* |
| | (By) Deputy Clerk |